IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAMES GOODIN                                                                PLAINTIFF

v.                          Case No. 13-6050

HOT SPRINGS POLICE DEPARTMENT, *et al.*                         DEFENDANTS

## ORDER

    Now on this 26th day of September 2013, there comes on for consideration the report and recommendation filed herein on July 19, 2013, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (doc. 12). Plaintiff's copy of the report and recommendation was returned as undeliverable on July 30, 2013. On August 23, 2013, the Court directed the Clerk to change Plaintiff's address and resend the report and recommendation (doc. 15). Plaintiff was directed to file any objections by September 9, 2013. *Id*. No objections were filed, and no mail was returned.

    The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's official capacity claims; claims against the Hot Springs Police Department, Captain Miller, Jane Doe, and David Flory; and claims for slander are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(i-iii) and 1915A(a). The Hot Springs Police Department, Captain Miller, Jane Doe, and David Flory are DISMISSED from this action. Plaintiff's

individual capacity claims against Detectives William Thorton and Lee Ann Clem remain.

IT IS SO ORDERED.

/s/  Robert  T.  Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)