IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAMES GOODIN                                                                                                PLAINTIFF

v.                                            Case No. 6:13-cv-6050

LEE ANN CLEM, et al.                                                                                  DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed April 28, 2016 by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 51). Judge Ford recommends that Plaintiff's Complaint (ECF No. 2) and Amended Complaint (ECF No. 7) should be dismissed..

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Complaint (ECF No. 2) and Amended Complaint (ECF No. 7) should be and hereby are **DISMISSED WITH PREJUDICE** for failure to comply with the Federal Rules of Civil Procedure and Local Rules and failure to prosecute this matter.

**IT IS SO ORDERED**, this 18th day of May, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge